UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PARAMJIT SINGH BASRA,<br><br>                 Petitioner,<br>    v.<br><br>RON HAYNES,<br><br>                 Respondent. | No. **2:22-cv-00217-JCC-TLF**<br><br>**REPORT AND RECOMMENDATION**<br><br>**Noted For:  June 24, 2022** |

This matter is before the undersigned in accordance with 28 U.S.C. § 636(b). Petitioner Paramjit Singh Basra filed a 28 U.S.C. § 2254 petition challenging the jury instructions given during his trial. *See* Dkt. 5. Specifically, petitioner argues that the jury instructions were not fully communicated orally, thus substantially impairing his rights. *See* Dkt. 5. Petitioner acknowledges, and this Court's records confirm, that the petition is a successive petition. *See* Dkt. 4. Accordingly, this Court lacks jurisdiction to hear this petition unless the Ninth Circuit Court of Appeals grants it permission. 28 U.S.C. § 2244 (3)(A).

## DISCUSSION

Mr. Basra previously sought habeas relief but the Court denied the request and dismissed with prejudice. *See* Dkt. 4. Mr. Basra timely appealed the dismissal, and it is

REPORT AND RECOMMENDATION - 1

currently pending in the Ninth Circuit Court of Appeals. *See* Dkt. 4, Petition in Case No. 21-35680.

In his present petition, Mr. Basra argues the oral jury instructions were only preliminary and included neither an explanation of the elements of the crimes he was charged with, nor an explanation of the relevant substantive law. *See* Dkt. 5.

Mr. Basra's current petition appears to be a successive petition. *See* Dkt. 4. If a petition is second or successive, then petitioner must seek authorization from the Court of Appeals before filing the new petition with the district court. 28 U.S.C. § 2244 (b) (3) (A). Ninth Circuit Rule 22-3 (a) provides guidance:

> Any petitioner seeking leave to file a second or successive 2254 petition or 2255 motion in district court must seek leave under 28 U.S.C. §§ 2244 or 2255. An original and five copies of the application must be filed with the Clerk of the Court of Appeals. No filing fee is required. If a second or successive petition or motion, or application for leave to file such a petition or motion, is mistakenly submitted to the district court, the district court shall refer it to the court of appeals.

Because this is a successive petition filed by Mr. Basra contesting the same issue, he was required to receive authorization from the Ninth Circuit Court of Appeals before filing his successive petition. Because he has failed to do so, this Court is without jurisdiction to entertain it. 28 U.S.C. § 2244 (3)(A).

## CONCLUSION

The Court recommends that this petition be dismissed without prejudice. Further, Petitioner's motion for status report (Dkt. 6) is dismissed as moot. Pursuant to 28 U.S.C. § 636 (b) (1), the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a

REPORT AND RECOMMENDATION - 2

waiver of those objections for purposes of de novo review by the district judge. *See* 28 U.S.C. § 636 (b) (1) (C).

**DATED** this 7th day of June, 2022.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

REPORT AND RECOMMENDATION - 3